IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| PAUL A. LOVINGS,<br>    Petitioner, | Civil Action No. 7:12-cv-00238 |
| v. | ORDER |
| RANDALL L. MATHENA,<br>    Respondent. | By:  Hon. Jackson L. Kiser<br>       Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

ORDERED

that respondent's motion for a protective order and motion to dismiss are **GRANTED**; the petition for a writ of habeas corpus is **DISMISSED**; a certificate of appealability is **DENIED**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner and counsel of record for respondent.

ENTER: This 29th day of January, 2013.

                                                  Senior United States District Judge